■■■■

Same case below, 606 F.3d 391.

**No. 10-327. Mark Capener, Petitioner v. United States.**

562 U.S. 1178, 131 S. Ct. 997, 178 L. Ed. 2d 826, 2011 U.S. LEXIS 895.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 608 F.3d 392.

**No. 10-366. Robert E. Graham, Petitioner v. United States.**

562 U.S. 1178, 131 S. Ct. 998, 178 L. Ed. 2d 826, 2011 U.S. LEXIS 801.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 608 F.3d 164.

**No. 10-328. El-Shifa Pharmaceutical Industries Company, et al., Petitioners v. United States.**

562 U.S. 1178, 131 S. Ct. 997, 178 L. Ed. 2d 826, 2011 U.S. LEXIS 829.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 391 U.S. App. D.C. 51, 607 F.3d 836.

**No. 10-385. James E. Jackson, Petitioner v. United States.**

562 U.S. 1178, 131 S. Ct. 999, 178 L. Ed. 2d 826, 2011 U.S. LEXIS 742.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 608 F.3d 193.

**No. 10-341. Precision Pine & Timber, Inc., Petitioner v. United States.**

562 U.S. 1178, 131 S. Ct. 997, 178 L. Ed. 2d 826, 2011 U.S. LEXIS 733.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 596 F.3d 817.

**No. 10-481. Ford Motor Credit Company, Petitioner v. Michigan Department of Treasury, et al.**

562 U.S. 1178, 131 S. Ct. 1000, 178 L. Ed. 2d 826, 2011 U.S. LEXIS 810.

January 18, 2011. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 10-355. Pella Corporation, et al., Petitioners v. Leonard E. Saltzman, et al.**

562 U.S. 1178, 131 S. Ct. 998, 178 L. Ed. 2d 826, 2011 U.S. LEXIS 806.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-494. Lawrence Litten, et al., Petitioners v. Grenada County, Mississippi, et al.**

562 U.S. 1178, 131 S. Ct. 1001, 178 L. Ed. 2d 826, 2011 U.S. LEXIS 815.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.